IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DEBORAH R. MALLOY,<br><br>　　　Debtor.<br>_____<br><br>J & V DEVELOPERS, INC.,<br><br>　　　Appellee,<br><br>　　　v.<br><br>DEBORAH R. MALLOY,<br><br>　　　Appellant. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 15-5046<br>:<br>:  BANKRUPTCY NO. 14-17727<br>:<br>:  ADVERSARY NO. 14-687<br>:<br>:<br>: |

## ORDER

**AND NOW**, this __11th___ day of May, 2016, upon consideration of the Certificate of Appeal (Doc. 1), Appellant's Brief (Doc. 5), Appellee's Brief (Doc. 6), and Appellant's Reply Brief (Doc. 7), **IT IS HEREBY ORDERED AND DECREED** that the Bankruptcy Court decision rendered by the Honorable Eric L. Frank of the United States Bankruptcy Court for the Eastern District of Pennsylvania is **AFFIRMED**.[1]

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Petrese B. Tucker
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated May 11, 2016.